

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00106-CV
_____

CRESTCARE NURSING AND REHABILITATION CENTER, LLC, Appellant

V.

LONNIE HASTINGS AND FREDDIE HASTINGS, JR., INDIVIDUALLY AND AS HEIRS
OF JANICE HASTINGS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 2012-1504-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Crestcare Nursing and Rehabilitation Center, LLC, the sole appellant in this case, has filed a motion seeking to dismiss its appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, the motion is granted. TEX. R. APP. P. 42.1.

We dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted: December 20, 2012
Date Decided: December 21, 2012